IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:22-CV-1388-DII |
| MACHINEGUN MICHAELS, L.L.C., d/b/a Detour, d/b/a Detour Bar, and d/b/a Detour Austin, MICHAEL A. SANCHEZ, and FILIP R. LOCKHOOF | § § § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Susan Hightower concerning Plaintiff Joe Hand Promotions, Inc.'s motion for default judgment, (Dkt. 18). (R. & R., Dkt. 19). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Hightower issued her report and recommendation on November 21, 2023. (*Id.*). As of the date of this order, no party has filed objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 19), is **ADOPTED**. Plaintiff's motion for default judgment, (Dkt. 18), is **GRANTED**. Plaintiff Joe Hand Promotions, Inc. is awarded:

(1) $3,000 in statutory damages under 47 U.S.C. § 605(e)(3)(C)(i)(II);

(2) $9,000 in additional damages under 47 U.S.C. § 605(e)(3)(C)(ii); and

(3) $2,000 in attorneys' fees and $421 in costs under 47 U.S.C. § 605(e)(3)(B)(iii).

The Court will enter final judgment via separate order.

**SIGNED** on December 6, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE